| *Return* |||
|---|---|---|
| *Case No.:* | *Date and time warrant executed:* | *Copy of warrant and inventory left with:* |
| *Inventory made in the presence of :* |||
| *Inventory of the property taken and name of any person(s) seized:* |||

***Certification***

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

*Date:* _____

                                                             _____
                                                                           *Executing officer's signature*

                                                                           _____
                                                                                  *Printed name and title*